NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>Kevin KJONAAS,<br><br>    Defendant. | Crim. No. 04-373<br><br>OPINION and ORDER |

THOMPSON, U.S.D.J.

    This matter has come before the Court by letter of Laura K. Gasiorowski of the Law Offices of Robert G. Stahl, LLC, requesting to be appointed counsel for Defendant Kevin Kjonaas; and it

    APPEARING that Mr. Kjonaas or his agent has described his inability to pay or to give security for fees and costs and has claimed an entitlement to redress and has stated the issues that he intends to present on appeal; and it

    APPEARING that under the Criminal Justice Act representation may be provided for any eligible person seeking relief under 28 U.S.C. § 2255 if the Court determines that the interests of justice so require, *see* 18 U.S.C. § 3006A(a)(2)(B); and it

    APPEARING that the Law Offices of Robert G. Stahl, LLC, is familiar with the facts and law of Mr. Kjonaas' claims having advanced them in several post trial motions;

    IT IS on this 26th day of January, 2012,

    ORDERED that the Law Offices of Robert G. Stahl, LLC, be appointed as attorney for the Defendant on appeal pursuant to Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B); and it is

    ORDERED that the Clerk shall mail a copy of this Order to Mr. Kjonnas.

      /s/ Anne E. Thompson      
    ANNE E. THOMPSON, U.S.D.J.